UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE M. ABEIJON, on behalf of minor children PA and JA,

          Plaintiff,

-against-

USA PASSPORT OFFICE AGENCY,

          Defendant.

21-CV-5628 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 16, 2021, the Court directed Plaintiff, within thirty days, to submit an amended request to proceed *in forma pauperis* (IFP) or pay the $402.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 27, 2021
          New York, New York

                             /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                         Chief United States District Judge