UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE M. ABEIJON, on behalf of minor children PA and JA,

                                Plaintiff,

                -against-

USA PASSPORT OFFICE AGENCY,

                              Defendant.

21-CV-5628 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued September 27, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit an amended request to proceed *in forma pauperis* or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    September 27, 2021
            New York, New York

                                                      /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                            Chief United States District Judge